Eugenia Pikora, appellee, v. Pilgrim National Life Insurance Company, appellant. Gen. No. 39,356.

Opinion filed October 20, 1937.

Hermann P. Haase, for appellant. Frederick W. Janson, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.